```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0050--CV (JKS)
                   "ROSS STALKER ET AL V USA"

         Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 03/10/04
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (362) Personal injury - medical malpratice

             Origin: (1) Original Proceeding
             Demand: 75
         Filing fee: Paid $150.00 on 03/10/04 receipt # 00122660
           Trial by: Court
```

Parties of Record:                          Counsel of Record:

PLF 1.1         STALKER, ROSS               Kenneth S. Roosa
                                            Cooke Roosa et al
                                            3700 Jewel Lake Road
                                            Anchorage, AK 99502
                                            907-276-2744
                                            FAX 907-276-2746

PLF 2.1         STALKER, EVA, ESTATE OF     Kenneth S. Roosa
                                            (see above)

DEF 1.1         UNITED STATES OF AMERICA    Gary M. Guarino
                                            U.S. Attorney's Office
                                            222 W. 7th Avenue, #9
                                            Anchorage, AK 99513-7567
                                            907-271-5071
                                            FAX    -    -

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0050--CV (JKS)
                   "ROSS STALKER ET AL V USA"

                       For all filing dates
```

```
Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 03/10/04
          Closed: NO

    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (362) Personal injury - medical malpratice

          Origin: (1) Original Proceeding
          Demand: 75
      Filing fee: Paid $150.00 on 03/10/04 receipt # 00122660
        Trial by: Court
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/10/04 | Complaint filed; Summons issued. |
| 2 - 1 | 03/19/04 | PLF 1-2 Return of Service Executed re: DEF 1 on 3/11/04. |
| 3 - 1 | 03/23/04 | PLF 1-2 Return of Service Executed re: Atty Gen on 3/17/04. |
| 4 - 1 | 04/30/04 | DEF 1 Stipulation for extension of time until 6/14/04 to answer or respond to the complaint. |
| 5 - 1 | 05/04/04 | JKS Order granting stip for ext of time until 6/14/04 to ans (4-1). cc: cnsl |
| 6 - 1 | 06/21/04 | Answer to Complaint. |
| 7 - 1 | 06/23/04 | JKS Minute Order directing parties to file notice by 7/8/04 declining to participate in early neutral evaluation before Judge von der Heydt; if no notice fld evaluation will proceed. cc: cnsl, Judge von der Heydt |
| 8 - 1 | 07/06/04 | DEF 1 Notice re: early neutral evaluation. |
| 9 - 1 | 07/07/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 10 - 1 | 08/17/04 | PLF 1-2; DEF 1 Scheduling ad Planning Conference Report. |
| 11 - 1 | 08/19/04 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 04/08/05; Dispositive motions deadline 05/09/05; Estimate of trial 5 days; TBC. cc: cnsl |
| 12 - 1 | 01/10/05 | PLF 1 Address Change Notice. |
| 13 - 1 | 02/24/05 | PLF 1-2; DEF 1 Stipulation for ext of time to extend dates. |
| 14 - 1 | 03/03/05 | RRB Order setting the following dates: Discovery to close 06/24/05; Dispositive motions deadline 07/22/05. cc: cnsl |
| 15 - 1 | 06/09/05 | PLF 1-2; DEF 1 Stipulation for stay of proceedings. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0050--CV (JKS)
                                     "ROSS STALKER ET AL V USA"

                                         For all filing dates


 Document #    Filed      Docket text

     16 -  1   06/13/05   RRB Order approving stip for stay of proceedings (15-1); stat rpt due
                          8/31/05 to include prop revised pretrial sched. cc: cnsl

     17 -  1   09/01/05   PLF 1-2; DEF 1 Joint Status Report re pending stay of proceedings
                          (16-1).

     17 -  2   09/01/05   PLF 1-2; DEF 1 Stipulation for proposed revised pretrial schedule.

     18 -  1   09/06/05   JKS Order setting the following dates: Discovery to close 01/20/06;
                          Dispositive motions deadline 01/31/06. cc: cnsl

     19 -  1   11/18/05   PLF 1-2 Notice re settlement.

     20 -  1   11/21/05   JKS Minute Order that stat rpt/dssmsl docs due by 12/19/05. cc: cnsl
```