**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  ROSS STALKER, et al.    v.   UNITED STATES OF AMERICA

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                     CASE NO.   3:04-CV-00050-JKS

 Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 12, 2006

     A minute order requiring a status report was issued in this

case, and no timely report was filed.  Counsel for Plaintiff

shall file a status report within 15 days from the date of this

minute order, unless closing papers are sooner filed.

[]{IIA2.WPD*Rev.12/96}