Kenneth S. Roosa
Cooke, Roosa, & Valcarce
3700 Jewel Lake Road
Anchorage, Alaska  99502
Phone:  (907) 276-2744
Fax:  (907) 276-2746
Attorneys for Plaintiff
Email:  Ken@Bushlawyers.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSS STALKER, on his own behalf and as Personal Representative of the Estate of EVA STALKER, Deceased, | Case No.  A04–**0050** CV  [JKS] |
| Plaintiffs, vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**NOTICE OF SETTLEMENT**

Counsel for Plaintiffs hereby gives notice to the court that a settlement agreement has been signed resolving the case in its entirety.  Pursuant to Alaska Rule of Civil Procedure 90.2, the portion of the settlement agreement affecting the interests of the minor claimants has been approved and the implementing order signed by Judge Esch in the Kotzebue Court.  The parties have submitted the payment documents to the US Treasury Department, and payment is anticipated within the next 14 days.  The parties expect that

they will be able to file a dismissal of this action within the next 30 days.

CERTIFICATE OF SERVICE

I hereby certify that on 12 day of January,
a copy of foregoing, Notice of Settlement,
was served electronically on Gary Guarino.

s/Ken Roosa
3700 Jewel Lake Rd
Anchorage, AK 99502
Phone: (907) 276-2744
Fax: (907) 276-2746
E-mail: Ken@bushlawyers.com
ABA No. 8306061

Case 3:04-cv-00050-JKS    Document 22    Filed 01/12/2006    Page 4 of 4