UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  ROSS STALKER, et al.  </u>   v.   <u> UNITED STATES OF AMERICA </u>

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                      CASE NO.  <u>3:04-CV-00050-JKS</u>

<u> Dan Maus </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 13, 2006

    The court has received a status report dated <u>January 12, 2006</u>.  The report is accepted.

    A further status report shall be filed by counsel for plaintiff on or before <u>February 21, 2006</u>, unless closing papers are sooner filed.

[ ]{IIA4.WPD*Rev.12/96}