DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSS STALKER, on his own behalf and as Personal Representative of the Estate of EVA STALKER, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:04-cv-0050-JKS<br><br>**STIPULATION FOR DISMISSAL** |

    The Plaintiffs and the Defendant, via undersigned counsel, stipulate that this matter has been resolved via negotiated settlement and that this action should be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

                                            LAW OFFICES OF
                                            COOKE, ROOSA & VALCARCE, LLC

Dated: January 27, 2006                s/Kenneth S. Roosa (consent)
                                            Attorney for Plaintiffs

|  |  |
|---|---|
|  | DEBORAH M. SMITH |
|  | Acting United States Attorney |
| Dated: January 27, 2006 | s/Gary M. Guarino |
|  | Assistant U.S. Attorney |
|  | 222 West 7th Ave., #9, Rm. 253 |
|  | Anchorage, AK 99513-7567 |
|  | Phone: (907) 271-5071 |
|  | Fax: (907) 271-2344 |
|  | E-mail: gary.guarino@usdoj.gov |

STIPULATION FOR DISMISSAL
ROSS STALKER v USA
Case No. 3:04-cv-0050-JKS