IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSS STALKER, on his own behalf and as Personal Representative of the Estate of EVA STALKER, Deceased,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 3:04-cv-0050-JKS<br><br>**[PROPOSED] ORDER** |

The Court having considered the parties' Stipulation for Dismissal, hereby ORDERS that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

_____                    _____
Date:                                                                              JAMES K. SINGLETON
                                                                                         United States District Court Judge