IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSS STALKER, on his own behalf and as Personal Representative of the Estate of EVA STALKER, Deceased,<br><br>        Plaintiffs,<br> v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:04-cv-0050-JKS<br><br>**ORDER** |

The Court having considered the parties' Stipulation for Dismissal, hereby ORDERS that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

Date: March 2, 2006.          /s/ James K. Singleton
                      JAMES K. SINGLETON
                      United States District Court Judge